TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142/0141
    E-mail: Victor.Rodgers@usdoj.gov
          Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CV-07477 |
| Plaintiff, | PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1 |
| v. | |
| $1,194,750.00 IN U.S. CURRENCY, | |
| Defendant. | |

    PLEASE TAKE NOTICE that plaintiff United States of America hereby files this Notice of Related Case pursuant to Local Rule 83-1.3.1 as follows:

    The instant _in rem_ civil forfeiture lawsuit against the defendant currency, which seeks to forfeit the funds the government has obtained from box 40 at U.S. Private Vaults, is related to _Does 1-6, et al. v. United States of America, et al._, Case No. 2:21-CV-03254-RGK-MAR. The cases are related because they (a) arise from the

same or a closely related transaction, happening or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges.  The complaint in the Does 1-6, et al. case reflects that plaintiff Doe 6 seeks to have returned the currency in box number 40.  See Docket No. 1 (complaint ¶ 11f, referencing box number 40).  Similarly, the instant forfeiture action seeks to forfeit the defendant $1,194,750.00 in U.S. Currency seized from box number 40.  Complaint ¶¶ 5 and 20.

Dated: September 17, 2021	TRACY L. WILKISON
	Acting United States Attorney
	SCOTT M. GARRANGER
	Assistant United states Attorney
	Chief, Criminal Division

	        /s/
	VICTOR A. RODGERS
	MAXWELL COLL
	Assistant United States Attorneys
	Asset Forfeiture/General Crimes
	Sections

	Attorneys for Plaintiff
	UNITED STATES OF AMERICA