```
1  TRACY L. WILKISON
   Acting United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  VICTOR A. RODGERS (Cal. Bar No. 101281)
   MAXWELL COLL (Cal. Bar No. 312651)
6  Assistant United States Attorney
   Asset Forfeiture/General Crimes Sections
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-2569/1785
9       Facsimile: (213) 894-0142/0141
        E-mail: Victor.Rodgers@usdoj.gov
10              Maxwell.Coll@usdoj.gov
11
   Attorneys for Plaintiff
12 UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:21-CV-07477 FLA (KESx) |
|---|---|
| Plaintiff, | <u>WARRANT</u> |
| v. | |
| $1,194,750.00 IN U.S. CURRENCY, | |
| Defendant. | |

TO:  UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF CALIFORNIA:

1   A Complaint for Forfeiture having been filed in this
2 action,
3   IT IS ORDERED that you seize the defendant, $1,194,750.00
4 in U.S. Currency, and cause the same to be detained in your
5 custody, or in the custody of a Substitute Custodian, until
6 further notice of the Court.
7   YOU ARE FURTHER ORDERED to file this process in this Court
8 with your return promptly after execution.

  DATED: 09/20/2021

                                    KIRY K. GRAY, Clerk

                                    _____
                                    Deputy Clerk

