```
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2569/1785
     Facsimile: (213) 894-0142/0141
     E-mail: Victor.Rodgers@usdoj.gov
             Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-07477 RGK(MARx) |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL |
| $1,194,750.00 IN U.S. CURRENCY, | |
| Defendant. | |

1     NOTICE is hereby given that, pursuant to Fed. R. Civ. P.
2  41(a)(1)(A), plaintiff United States of America voluntarily dismisses
3  the above-captioned action.
4  Dated: January 18, 2022           TRACY L. WILKISON
                                     United States Attorney
5                                    SCOTT M. GARRANGER
                                     Assistant United states Attorney
6                                    Chief, Criminal Division
7
                                            /s/
8                                    _____
                                     VICTOR A. RODGERS
                                     MAXWELL COLL
9                                    Assistant United States Attorneys
                                     Asset Forfeiture/General Crimes
10                                   Sections

11                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28